## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS LEE GUNTER, | 3:11-cv-00551-LRH-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | March 14, 2012 |
| DET. SEAN MEEKS; OFF. STEVE BURNS, *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion to Waive Service of Process. (Doc. #21.)  Plaintiff's motion (Doc. #21) is **DENIED.**  Plaintiff is directed to follow the procedures for waiver of service under Fed. R. Civ. P. 4(d).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
        Deputy Clerk